[No. 34206-1-I.   Division One.   August 7, 1995.]

BROADMARK CAPITAL CORPORATION, INC., *Respondent*,
v. CRAIG R. PALMER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-04853-0, Jim Bates, J., entered February 18, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Seinfeld, C.J., and Webster, J.


[No. 35264-4-I.   Division One.   August 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MALCOLM WADDEL LEE AKA MALCOLM LEE BOYANTON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-8-00071-1, Michael F. Moynihan, J., entered July 26, 1993. *Affirmed* by unpublished per curiam opinion.


[No. 34668-7-I.   Division One.   August 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT STITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05217-2, Leroy McCullough, J., entered May 16, 1994. *Affirmed* by unpublished per curiam opinion.